United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2012 OCT 18 P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

IRINA MALIN

v.

Gennady MALIN,
Sheba Sirota

Civil Action
No.:

## Complaint

### Parties

1. The Plaintiff is a resident of Newton, 99 Needham Str, 1104, Massachusetts and a citizen of the United States

2. The Defendant Gennady Malin is a resident of Newton, Massachusetts and a citizen of the United States. He lives at 11 Howe Road, Newton, MA, 02459

3. The crimes, fraud, accidents and economic crimes occurred in both, Israel and the United States.

4. The Defendant Sheba Sirota lives in Massachusetts and a citizen of Israel, resides at 11 Howe, Newton MA (office)

### Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §

Facts

5. This complaint covers at least three major incidents of fraudulent conveyance and wrongfull transfer of two real estates and money in BANKS. As the result of fraud committed by Defendant Gennady Malin the Plaintiff suffered economically, physically, mentally, emotionally and could not recover from damages.

6. The frauds were commited during the purchase and sale of home at 24, Fern Path, Newton, MA, former residency of the Plaintiff and the Defendant and the purchase and sale of condominimum in Israel in the name of the Plaintiff, Irina Malin (Slutsky), 12 Rosh Pina street, 46, Ashdod, Israel.

7. The third fraudulent conveyance was the transfer of 155,000 $ by the Defendant by Plaintiff from his individual private account in offshore BANK Leumi, Israel in his name to his mother Sheva Sirota to her and his account in BANK Leumi, Israel on 3.23.2006 for purpose to defraud the Plaintiff Irina Malin during the divorce process. (2007-2009)

8. The money were existed and kept under name of the Defendant, Gennady Malin, account # 15630/89, BANK Leumi, Israel. Account was opened in 7.2997 in Israel during mariage to Irina Malin. Account was funded by Irina Malin money

-2-

and Gennady Malin also potentially by taking loan from BANK under name of Irina Malin.

9. This account which represented total amount of 155,000$ was subpoenad by International Discovery Letter of Rogatory. Directorate of Courts, Israel complied to requests from US court (Middlesex Probate Court and delivered production of Documents from Bank Leumi, Israel.

10. The full package of documentary evidences came in march, 2010 to Middlesex probate Court, registry and the Defendant was not aware of it. After divorce was over in July, 2009 and the home was sold at 24 Kerr Path, the Defendant discovered all evidences proved her position of Fraudulent conveyance.

11. The documents contained form and requests signed by Gennady Malin to transfer the entire account to the name of Sheva Sirota, his mother. On 3.23.2006 prior to filing for divorce, Gennady Malin stole 155,000 from the Plaintiff. The money were kept in a new created account in name of Sheva Sirota untill two month later he transferred money to United States, brokerage account on TD Ameritrade in the name of TRAI Sheva Sirota, his mother. He had power of Attorney to manage this Account. The account was subpoenad in 2008 and the statements and the detail of transfer are attached.

12. 155,000$ were transferred by sender Sheva Sirota on 7.24.2006 through bank Leumi and City BANK.

13. The account of Gennady Malin # 15630/89, Bank Leumi, contained more than 50 deposits, both cash and checks. The deposits represents:
   a) all earning and wages of the plaintiff Irina Malin, her child support of eldest son, rent for condominium and sale proceeds of her condominium from 7.2002.

14. Gennady as bank statements shows wrote checks for his mother and himself and then cashed them in the Bank for mortgage. Then he deposited cash into his account. All deposits were done 2-3 weeks later after he cashed the checks. Money came from account Irina Malin Slutsky, Bank Discount, Israel.

15. He was telling he would pay off the mortgage on the condominium. He paid one month, and then he paid for himself and his mother. All income of Defendant minus mortgage and living expenses were deposited in the form of cash in his account. He accumulated 155,000$

16. In 7.000 He and Sheva Sirota sold condominium in Israel and kept half of proceeds for themself. His account # 15630/89 shows the big deposits 35,000$ 8,000, 7,000, 4,000 during the sale of condominium. 20,000$ received from the buyer as first payment were deposited into his account and kept by Sheva Sirota who had power of attorney to market the condominium.
   This fraud cause a damage more 38,000$ not delivered, 38,000$ under price los

17. Sheva Sirota and Alex Slutsky made empty the college saving account in the name of Roni Slutsky. They terminated automatic withdrawal from the joint account, BANK DISCOUNT. He took more than 44,000$ (as per rate on 2005 which today represent three times more. When they terminated deposits into college saving account, they took money from the BANK DISCOUN # 546 526, ISRAEL, branch 045.

18. The above frauds cause financial damages
   ① College money for my son Roni Slutsky 44,000$
   ② Loan taken in the name of Irina Slutsky (MALIN) 72,000$ NIS (second loan) without knowledge of the Plaintiff. Irina took only 203,000$ (NIS) to purchase condo. But was approved for maximum 275,000$ (NIS). He said he borrowed 70,0 some money from mother Sheva Sirota but he didn't. He made Irina Malin pay for both loan to the BANK 72,000 NIS and loan to his mother, she never took. This damage caused loss in the amount of 72,000$ (NIS) plus interest plus 4.5% (more than 150,000$ NIS)
   For Sheva Sirota Irina paid more than 130,000 NIS plus interest
   The total damage is 150,000 + 130,000 (amount of approved loan) = 280,000 NIS.

19. The fraud sale of marital home occured on May 11, 2010. The home was sold for 575,000 $. The home was bought for 535,000 $ in 7, 2002 in both names Irina and Gennady Malin. The mortgages were 389,000 WellsFargo and 95,000 $ Home Equity Credit Line.

20. The home was appraised by the Defendant appraiser in 2008 for 680,000 $. The sale caused loss of 100,000 $. By Divorce Judgment the Defendant had to pay 50% of sale proceeds but he never delivered it.

21. The home was sold undervalued and Irina never received any money from it. At least, 85,000 $ of the half of the proceeds should be delivered to the Plaintiff.

The total damage on the claims: 275,000 $ plus 18% interest

a) 85,000 $ sale proceeds of the marital home, plus 18% interest from 2010

b) 155,000 $ plus interest 18% from 2006 (transfer to his mother)

c) 44,000 $ college money disappeared for eldest son Rahistersky

d) 280,000 loss on condominium (his) sale and purchase plus 18% interest (~90 $ US)

-6-

22. The manipulation of money committed by the Defendant Benhady malin in multiple abovementioned accidents is fraudulent conveyance (Ch. 109A UCTA, UCA) and money laundering.

23. The plaintiff IRINA MALIN is kindly asking this Honorable Court to order all monetary damages on the complaint Due to severe losses that plaintiff was suffered I am asking for interest 18% from the moment of fraud. 275,000 $ plus $18% Inter.

24. Wherefore, the plaintiff demands Judgment against the Defendants for damages and such other relief as this Court deems Just.

25. the plaintiff asks for trial by jury. and demands a trial by jury.

J. Belen

J. Belenky

IRINA MALIN (BELENKAYA)
99 Needham Str, 1104
Newton, MA, 02464
# 857-919-1555.